# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. Javier Aponte

FILED

Docket No. 3:01CR00210-002(DJS)

## Petition For Modification of Conditions of Supervised Release with the Consent of the Offender

**COMES NOW,** Michael P. Rafferty, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Javier Aponte who was sentenced to time served with 5 years of supervised release by the Honorable Dominic J. Squatrito, Senior U.S. District Judge, sitting in the Court in Hartford, Connecticut, on February 6, 2003, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special condition and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, approved by the probation office, which may include testing to determine if he has used drugs or alcohol. He shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer. 2) The defendant shall participate in a mental health treatment program approved by the probation office. He shall pay all, or a portion of, the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer. The case has been transferred to the Honorable Christopher F. Droney, U.S. District Judge for the District of Connecticut.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On July 25, 2005, I met with Mr. Aponte's wife, Romanita Aponte, at their home. She reported that her husband has been drinking heavily every day and has made living within the home for all parties involved very difficult. She indicated that he has been unable to abstain from use, and has been having difficulties in all aspects of his life. She expressed concern for the well being of her children and her husband. On that same day, I met with Mr. Aponte who denied drinking excessively, however, when confronted with evidence of alcohol abuse within the home, he did acknowledge that he has resorted to drinking to relieve stress, but continued to deny that he is unable to abstain from regular use. Based on the probation office's observations, it appears that Mr. Aponte is abusing alcohol and is in need of intensive and immediate intervention.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

1) The defendant shall be placed in the Watkinson House halfway house or equivalent substitute for a period of 3 months. The defendant is to comply with all conditions set forth by staff in the facility.

2) The defendant shall refrain from any and all use of alcohol.

Defense Attorney Richard Reeves and AUSA Mike Gustafson were consulted and agreed with this modification.

**ORDER OF COURT**

Considered and ordered this ___ day of August, 2005 and ordered filed and made a part of the records in the above case

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge

Respectfully submitted

_Michael P. Rafferty_
Michael P. Rafferty
U. S. Probation Officer

Place   Hartford, Connecticut

Date    8/19/05

PROB 49
(3/89)

# United States District Court

### District of Connecticut

## Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

1) The defendant shall be placed in the Watkinson House half way house or equivalent substitute for a period of 3 months. Further, the defendant is to comply with all conditions set forth by staff in the facility.

2) The defendant shall refrain from any and all use of alcohol.

Witness: _Michael P. Rafferty_
Michael P. Rafferty
U.S. Probation Officer

Signed: _Javier Aponte_
Javier Aponte
Supervised Releasee

Date: 8/3/05